IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 03-cv-01280-WYD-BNB | Date: November 22, 2005 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| JACK J. GRYNBERG, | Roger Jatko |
| GRYNBERG PRODUCTION CORPORATION, | Michael Porter |
| and GRYNBERG PETROLEUM COMPANY, | Ilona Dotterrer |
| Plaintiffs, | |
| v. | |
| TOTAL S.A., | Jennifer Price |
| | Robert Thibault |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:   1:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Defendant's motion for leave to conduct additional discovery pursuant to Magistrate Judge's October 18, 2005 Order(11/14/05 #240) is TAKEN UNDER ADVISEMENT.**

Court in Recess   2:01 p.m.

Hearing concluded.

Total In-Court Time: 00:28