IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01280-WYD-BNB

JACK J. GRYNBERG,
GRYNBERG PRODUCTION CORPORATION and its successors, and
GRYNBERG PETROLEUM COMPANY and its successors,

Plaintiffs,

v.

TOTAL S.A.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion of Defendant to Amend Final Pretrial Order** (the "Motion"), filed on December 12, 2005.

     IT IS ORDERED that the Motion is GRANTED and the parties have to and including **December 21, 2005**, to file trial exhibit translation objections.


DATED:  December 14, 2005