IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-1280-WYD-BNB

JACK J. GRYNBERG,
GRYNBERG PRODUCTION CORPORATION, and its successors, and
GRYNBERG PETROLEUM COMPANY, and its successors,

    Plaintiffs,

v.

TOTAL S.A.,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Leave to File Cross Motion for Summary Judgment to Strike Defendants' Defenses of Laches and Limitations with Authority (#263), filed December 16, 2005, is **GRANTED**.  Once Plaintiffs' Cross Motion for Summary Judgment is filed, parties shall refer to D.C.COLO.LCivR 56.1 of the Local Rules of Practice in the United States District Court for the District of Colorado for deadlines relating to the filing of the response and reply brief to Plaintiff's Motion.  Argument on this Motion will be heard at the Hearing on Motions for Summary Judgment, scheduled for Monday, March 6, 2006 at 9:00 a.m.

    Dated:  December 20, 2005

                                              s/ M. Brooke McKinley
                                              Law Clerk to
                                              Wiley Y. Daniel
                                              U. S. District Judge