IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01280-WYD-BNB

JACK J. GRYNBERG,
GRYNBERG PRODUCTION CORPORATION and its successors, and
GRYNBERG PETROLEUM COMPANY and its successors,

Plaintiffs,

v.

TOTAL S.A.,

Defendant.
_____

### ORDER
_____

This matter is before me on the **Plaintiffs' Unopposed Motion to Amend Final Pretrial Order** [Doc. # 244, filed 11/17/05] (the "Motion"). The Motion is GRANTED as specified.

A final pretrial order was entered on November 13, 2005, at a time when the case was set for trial beginning on February 6, 2006. That trial date subsequently was vacated, and the case now is set for trial beginning on October 16, 2006. In view of this delay in the trial, the parties request leave to submit updated exhibit lists at a date closer to the trial in which they may add exhibits not previously listed. In addition, the parties seek an order providing that "[o]bjections and stipulations to exhibits shall be tendered sixty (60) days before trial." Motion, ¶2.

The requested relief is appropriate under the circumstances. Accordingly,

IT IS ORDERED that the Motion is GRANTED, and paragraph 7(a) of the Final Pretrial Order is modified to state the following:

7. a.   Exhibits to be Offered:

The plaintiffs' exhibits are listed on Appendix A and the defendant's exhibits are listed on Appendix B, each attached to the Final Pretrial Order entered on October 13, 2005.  The parties may add exhibits to their exhibit lists on or before **August 4, 2006**.  In addition, on or before **August 4, 2006**, the parties must exchange and file with the court updated exhibit lists specifying all exhibits which the parties intend to offer into evidence at trial.  The updated exhibit lists shall clearly set forth any exhibits which have been added to the previous exhibit lists which are attached as Exhibits A and B to the Final Pretrial Order entered on October 13, 2005.

Copies of listed exhibits, including the added exhibits, must be provided to opposing counsel no later than **August 4, 2006**.  The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the Clerk of the Court and served by hand delivery or facsimile no later than **August 15, 2006**.

Stipulations to any added exhibits shall be tendered on or before **August 15, 2006**.  Existing stipulations concerning the exhibits listed on Exhibits A and B to the Final Pretrial Order entered on October 13, 2005, shall remain in effect and are not altered by this order.

Dated April 26, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge