IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-1280-WYD-BNB

JACK J. GRYNBERG,
GRYNBERG PRODUCTION CORPORATION, and its successors, and
GRYNBERG PETROLEUM COMPANY, and its successors,

    Plaintiffs,

v.

TOTAL S.A.,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Leave to File Supplemental Authority, filed May 18, 2006, is **GRANTED.**

    Dated:  May 18, 2006

                                        s/ M. Brooke McKinley
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U. S. District Judge