IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-1280-WYD-BNB

JACK J. GRYNBERG,
GRYNBERG PRODUCTION CORPORATION, and its successors, and
GRYNBERG PETROLEUM COMPANY, and its successors,

     Plaintiffs,

v.

TOTAL S.A.,

     Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Unopposed Motion for Leave to File Sur-Reply, filed July 25, 2006, is **GRANTED**.  Defendant may file the Sur-Reply attached to the unopposed motion at Exhibit A.

     Dated:  July 25, 2006